IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| DONALD J. WRIGHT, )<br> )<br>Plaintiff, )<br> )<br>v. )<br> )<br>MICHAEL J. ASTRUE, )<br>Commissioner of Social Security, )<br> )<br>Defendant. )<br> )<br> ) | Case No. 4:07CV00016<br><br>**ORDER**<br><br>By: Jackson L. Kiser<br>    Senior United States District Judge |

 Before me is the Report and Recommendation ("Report") of the United States Magistrate Judge recommending that the Commissioner of Social Security's ("Commissioner") final decision denying Donald J. Wright's ("Plaintiff") claim for benefits be affirmed. Plaintiff filed objections to the Report and the Commissioner filed a response. I reviewed the Magistrate Judge's Report, Plaintiff's objections, the Commissioner's response and relevant portions of the Record. The matter is now ripe for decision.

 For the reasons stated in the accompanying Memorandum Opinion, I hereby ADOPT the Magistrate Judge's Report, DENY Plaintiff's objections, and GRANT Defendant's Motion for Summary Judgment.

 The Clerk is directed to send a copy of this Order and the Memorandum Opinion to all counsel of record, and to dismiss the case from the docket.

 Entered this 11th day of April, 2008.

              s/Jackson L. Kiser
              Senior United States District Judge